# UNITED STATES DISTRICT COURT

District of _____

Ronald Perry, Jean Capobianco & Richard Syrek

**SUMMONS IN A CIVIL CASE**

V.

FedEx Ground Package System, Inc. &
FedEx Ground Package System, Inc.
d/b/a FedEx Home Delivery

CASE NUMBER:

## 05 10976 WG

TO: (Name and address of Defendant)

FedEx Ground Package System, Inc.
d/b/a Fedex Home Delivery
c/o CT Corporation Systems
101 Federal Stret
Boston, MA 02110

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and  ess)

Shannon Liss-Riordan, Esq.
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan
18 Tremont Streeet, Suite 500
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after sei  of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken  nst you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court withi  easonable
period of time after service.

SARAH A. THORNTON

CLERK

MAY 11 2005

(By) DEPUTY CLERK

I hereby certify and return that today, September 8, 2005, at 4:00 PM, I served a true and attested copy of the within    mmons
together with a copy of the complaint and Amended Complaint in this action upon the within named FEDEX Ground    ckage
Systems, by giving in hand to Gail Brown Agent in Charge. Said service was effected at: FEDEX Ground Package S    ems, c/o
CT Corporation Systems, 101 Federal Street, Boston, MA 02110.

I declare under the penalty of perjury under the laws of the United States of America
that the foregoing information is true and correct. Executed on September 8, 2005.

_____
Joseph P. Butler Jr., Process Server
& Disinterested Person over Age 18.

Service & Travel:$45.00

**Butler and Witten**
Boston, MA
(617) 325-6455