# UNITED STATES DISTRICT COURT

District of _____

Ronald Perry, Jean Capobianco, & Richard Syrek

V.

FedEx Ground Package System, Inc.
and FedEx Ground Package System, Inc.
d/b/a FedEx Home Delivery

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10976 WGY**

TO: (Name and address of Defendant)

FedEx Ground Package System
c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and [addr]ess)

Shannon Liss-Riordan, Esq.
Pyle, Rome, Lichten, Ehrenberg and Liss-Riordan
18 Tremont Street, Suite 500
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after serv[ice] of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken ag[ain]st you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within [a re]asonable period of time after service.

SARAH A. THORNTON

MAY 11 2005

CLERK

(By) DEPUTY CLERK

I hereby certify and return that today, September 8, 2005, at 4:00 PM, I served a true and attested copy of the within Summons together with a copy of the complaint and Amended Complaint in this action upon the within named FedEx Ground Package System Inc. d/b/a FedEx Home Delivery, by giving in hand to Gail Brown Agent in Charge. Said service was effect at: FedEx Ground Package System Inc. d/b/a FedEx Home Delivery, c/o CT Corporation Systems, 101 Federal Street, Boston MA 02110.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on September 8, 2005.

_____
Joseph P. Butler Jr., Process Server
& Disinterested Person over Age 18.

Service & Travel:$45.00

**Butler and Witten**
Boston, MA
(617) 325-6455