# Looney & Grossman LLP
### Attorneys at Law

Wesley S. Chused
Voicemail: Ext. 551
Email: wchused@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

November 10, 2005

Bonnie Smith, Deputy Clerk
United States District Court
One Courthouse Way
Boston, MA 02210

**Re:   Ronald Perry v. FedEx Ground Package System, Inc.
        Civil Action No. 05-10976-WGY**

Dear Ms. Smith:

Pursuant to our telephone conversation of yesterday, this is to confirm that the Scheduling Conference in the above-captioned civil action is continued from November 14, 2005 to 2:00 p.m. on January 9, 2006.

Very truly yours,

Wesley S. Chused

WSC/dml
cc:   Shannon Liss-Riordan, Esq.
       Guy Brenner, Esq.